AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 31 2016

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Jose Paco VILLEGAS<br>YOB: 1968<br>U.S. Citizen<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-16-1598-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 30, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(1) | 18 USC 922 (g)(1) - Unlawful to possess a firearm which has previously traveled in or affected interstate commerce, after having been convicted in a court of law of a felony crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:

(See ATTACHMENT A as a continuation)

☑ Continued on the attached sheet.

Approved by AUSA D. PAXTON
MMPooE  8/31/16

_____
*Complainant's signature*

Steven Medrano - ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Aug. 31, 2016  8:30 a.m.__           _____
*Judge's signature*

City and state:  __McAllen, Texas__           __Peter E. Ormsby__, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

The facts establishing the foregoing issuance of an arrest warrant are based on the following:

I, Special Agent Steven Medrano, affiant, do hereby depose and state the following:

1. I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been a law enforcement officer for over five years. My duties include the investigation of violations of the federal firearms laws. I know it to be unlawful for any person who has been convicted of a felony crime to receive or possess a firearm, which has traveled in or affected interstate or foreign commerce. This criminal complaint is based on the following facts:

2. On Tuesday, August 30, 2016, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assisted the Drug Enforcement Administration (DEA) in executing a federal search warrant for narcotics and weapons at 719 N. Los Ebanos Blvd, Mission, Texas 78574. The known residence of Jose Paco VILLEGAS.

3. The search yielded three firearms. A Beretta, Model 92SB, .9mm caliber pistol, SN: B75201Z, a Taurus, Model PT738, .380 caliber pistol, SN: 05659A, and a Taurus, Model PT24/7, .45 caliber pistol, SN: NAV35852. All of the aforementioned firearms were loaded and found in the master bedroom of the residence near a dresser. VILLEGAS's Texas drivers license and U.S. passport were found on top of the dresser.

4. In addition to the firearms, numerous rounds of various caliber ammunition, cocaine, marijuana, and U.S. currency were seized pursuant to the search warrant.

5. Your affiant conducted a criminal history check on VILLEGAS and learned that VILLEGAS has the following felony convictions:

• November 2, 1998, U.S. District Court, Southern District of Texas; 7:98CR00257-001; Offense: 18. USC 924 (C) (1) Use of firearm in relation to a drug trafficking crime, Sentence: 5 years United States Bureau of Prisons.

• February 24, 1998, 206th District Court of Hidalgo County, Texas. CR-0375-98-D, Offense: Theft 3rd degree felony.

• February 24, 1998, 206th District Court of Hidalgo County, Texas. CR-0382-98-D, Offense: Delivery Controlled Substance-cocaine.

• January 27, 1999, 206th District Court of Hidalgo County, Texas. CR-0130-99-D, Offense: Possession Controlled Substance with Intent to Deliver 1st degree felony.

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

6. Lastly, on August 30, 2016, ATF Special Agent - Interstate Nexus Expert Patrick Briody examined the three firearms seized as part of this investigation. SA Briody concluded that the three firearms did in fact travel in and affect interstate or foreign commerce.

_____
Steven Medrano - ATF Special Agent

Sworn to before me and subscribed in my presence,

_____          August 31, 2016
Peter E. Ormsby, U.S. Magistrate Judge          Date